IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Deborah Fields-Nelson and Wonder Wallace, on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:20-cv-585-ALM |
| v. | § § | Jury Trial Demanded |
| The Results Companies, LLC | § § | Collective Action |
| Defendant. | § | |

## PLAINTIFFS' RULE 41(a)(1)(A)(i) STIPULATION OF DISMISSAL

Plaintiffs Deborah Fields-Nelson and Wonder Wallace, on behalf of themselves and opt-in Plaintiffs Courtney Wallace and Rachel McCullough (collectively "Plaintiffs"), hereby stipulate that the above-captioned action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

As of the filing of this document, Defendant has not served an answer or a motion for summary judgment in this action. As such, Plaintiffs' unilateral stipulation of dismissal without prejudice is appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and no Order from the Court dismissing the above-captioned action is necessary in order to effectuate dismissal of this action.

Date: September 18, 2020.

Respectfully submitted,

By: s/ Allen R. Vaught
Allen R. Vaught
Attorney-In-Charge
TX Bar No. 24004966
avaught@txlaborlaw.com
Nilges Draher Vaught PLLC

        1910 Pacific Ave., Suite 9150
        Dallas, Texas 75201
        (214) 251-4157 – Telephone
        (214) 261-5159 – Facsimile

ATTORNEYS FOR PLAINTIFFS