IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Deborah Fields-Nelson and Wonder Wallace, on behalf of themselves and all others similarly situated,<br><br> Plaintiffs,<br><br>v.<br><br>The Results Companies, LLC<br><br> Defendant. | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 4:20-cv-585-ALM<br>§<br>§<br>§<br>§<br>§ |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On September 18, 2020, Plaintiffs Deborah Fields-Nelson and Wonder Wallace, on behalf of themselves and opt-in Plaintiffs Courtney Wallace and Rachel McCullough (collectively "Plaintiffs") filed their Stipulation of Dismissal Without Prejudice in the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

It is hereby **ORDERED** that the above-captioned lawsuit is dismissed without prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 21st day of September, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE